IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

PITTSBURGH WATER AND SEWER AUTHORITY

Criminal No. 2:20-cr-360

## ARRAIGNMENT PLEA

Defendant PITTSBURGH WATER AND SEWER AUTHORITY

being arraigned, pleads _____

in open Court this _____ day of

_____ , 20 _____

_____
(Defendant's Signature)

_____
(Attorney for Defendant)