2:20-cr-360

## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__   Erie _____   Johnstown _____

Related to No. _____20-342_____   Judge _____

(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1. ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2. ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3. ____ Crimes of Violence
4. ____ Sex Offenses
5. ____ Firearms and Explosives
6. ____ Immigration
7. _X_ All Others

Defendant's name: PITTSBURGH WATER AND SEWER AUTHORITY

Is indictment waived:   _X_ Yes   ____ No

Pretrial Diversion:   ____ Yes   _X_ No

Juvenile proceeding:   ____ Yes   _X_ No

Defendant is:   ____ Male   ____ Female

Superseding indictment or information   ____ Yes   _X_ No

Previous case number: _____

If superseding, previous case was/will be:

____ Dismissed on defendant's motion
____ Dismissed on governments' motion
____ After appellate action
____ Other (explain)

County in which first offense cited occurred: Allegheny County

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

| | | |
|---|---|---|
| Date arrested or date continuous U.S. custody began: | | |
| Defendant: | ____ is in custody | ____ is not in custody |
| Name of Institution: | | |
| Custody is on: | ____ this charge | ____ another charge |
| | ____ another conviction | |
| | ____ State | ____ Federal |
| Detainer filed: | ____ yes | ____ no |
| Date detainer filed: | N/A | |
| Total defendants: | 1 | |
| Total counts: | 9 | |
| Data below applies to defendant No.: | 1 | |
| Defendant's name: | PITTSBURGH WATER AND SEWER AUTHORITY | |

## SUMMARY OF COUNTS

| COUNT(S) | U.S. CODE | OFFENSE | FELONY |
|---|---|---|---|
| 1 | 33 U.S.C. §§ 1311, 1342, 1319(c)(2) and 18 U.S.C. § 2 | Violation of a National Pollutant Elimination Discharge System (NPDES) Permit | X |
| 2-8 | 33 U.S.C. § 1319(c)(4) and 18 U.S.C. § 2 | False Statements – Self Compliance Monitoring Reports | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 11/18/2020

/s/ Michael Leo Ivory
MICHAEL LEO IVORY
Assistant U.S. Attorney
PA ID No. 59295